IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jorge W. Rios  :
8315 14th Avenue, Apt 101  :
Hyattsville, MD 20873  :
                                                        :
Jose Nelson Ramos Amaya  :
1952 Rosemary Hills Drive, Apt 2  :
Silver Spring, MD 20910  :        Civil Action No.
                                                        :
Juvencio Roelio Cifuentes Ramirez  :
4714 New Hampshire Ave, Apt 2  :
Washington, DC 20011  :
                                                        :
Francisco Sotoj Lopez  :
1413 Kanawha Street, Apt 201  :
Hyattsville, MD 20783  :
                                                        :
    Plaintiffs,  :
                                                        :
v.  :
                                                        :
I.S. Enterprises Inc.  :
1324 H Street NE  :
Washington, DC 20002  :
                                                        :
    Serve:  Kali Henry  :
             1324 H Street NE  :
             Washington, DC 20002  :
                                                        :
    Defendant.  :

## COMPLAINT

Plaintiffs, Jorge W. Rios, Jose Nelson Ramos Amaya, Juvencio Roelio Cifuentes Ramirez, and Francisco Sotoj Lopez ("Plaintiffs"), by and through their attorneys, Mary Craine Lombardo and Stein Sperling Bennett De Jong Driscoll PC, hereby file their Complaint against I.S. Enterprises Inc. ("Defendant"), under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"), the D.C. Minimum Wage Revision Act ("DCMWRA"), and the D.C Wage Payment and Collection Law ("DCWCL"), stating as follows:

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3654634_2

## INTRODUCTION

Plaintiffs worked for Defendant as laborers for periods ranging from a few months to five years. Instead of paying overtime at a rate of one and a half times their regular wage as required by DC and federal law, Defendant failed to fully compensate Plaintiffs' for their regular rates. Plaintiffs also worked overtime each week for which they were not paid time and a half. Defendant has willfully violated the clear and well-established overtime provisions of the FLSA and the DCMWRA. In addition, Plaintiffs Juvencio Roelio Cifuentes Ramirez and Francisco Sotoj Lopez were denied payment for their final weeks of employment because they would not sign an agreement saying they would not sue the company. Plaintiffs seek compensatory and statutory damages for all unpaid overtime compensation, as well as attorneys' fees and costs.

## JURISDICTION & VENUE

1. This Court has subject matter jurisdiction over the causes of action alleged in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1367, and 29 U.S.C. § 216.

2. Venue is proper pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiffs are adult residents of Montgomery and Prince George's County, Maryland and Washington, DC.

4. Defendant I.S. Enterprises Inc. is a Washington, DC corporation with its principal place of business in Washington, DC.

5. At all times material herein, Defendant had annual gross volume of sales made or business done in an amount exceeding $500,000.

6. Defendant has at least two or more employees who are engaged in interstate commerce and/or handle, sell, or otherwise work on goods or materials that have been moved or

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3654634_2

produced for commerce. Defendant also processes credit card transactions for customer payments and purchases equipment and materials that move in interstate commerce.

7. Defendant is an "employer" within the meaning of the FLSA and the DCMWRA.

## FACTS

8. Plaintiffs were employed by Defendant as laborers from periods ranging from a few months to five years (the "Employment Period").

9. Plaintiff Jorge Rios worked for Defendant for three months and was paid $22.00 per hour. Although he worked 60 hours per week, his checks reflected only 48 hours and he was not paid time and a half for overtime. Jorge Rios is owed approximately $3,168.00 in straight wages and $2,264.00 in overtime wages.

10. Plaintiff Jose Nelson Ramos Amaya worked for Defendant from October 2013 through March 2014. He worked approximately 48 hours per week, sometimes more, and was not paid overtime He is owed approximately $1,104.00 in overtime wages.

11. Plaintiff Juvencio Roelio Cifuentes Ramirez worked for Defendant from June 25, 2013 through March 20, 2014. He worked approximately 48-54 hours per week, sometimes more, and was not paid overtime. He was also not paid at all for his final check (44) hours as he was told that he could only have his final check if he signed an agreement stating that he could not sue the company. He is owed $460.00 in straight wages and $1,950.00 in overtime wages.

12. Plaintiff Francisco Sotoj Lopez worked for Defendant from 2009 through 2014 with unpaid overtime beginning in 2011 when he was required to work on Saturdays going forward. He was paid $11.00 in 2011 and $12.00 per hour from 2012 forward. He worked at least 48 hours per week and is owed $7,856.00 in overtime. He similarly was not paid for his final week of employment and is owed $624.00 for that week.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

13. Plaintiffs were not paid one and a half times the regular hourly rate for hours worked in excess of forty per week.

14. Plaintiffs were paid any hours in excess of forty per week, if paid at all, at their regular rate of pay.

15. Plaintiffs are owed overtime and regular wages that Defendant willfully failed and refused to pay to Plaintiffs in violation of DC and federal law.

16. By statute, Defendant is required to maintain records which document the number of days Plaintiffs worked.

17. The precise number of hours worked, and wages owed, should be revealed through discovery.

18. Defendant knowingly and intentionally violated Plaintiffs' rights under Washington, DC and federal law.

## COUNT I
## (DCMWRA)

19. Plaintiffs adopt herein by reference paragraphs 1 through 18 above as if fully set forth herein.

20. Throughout the Employment Period, Defendant failed to properly pay Plaintiffs overtime required by the DCMWRA.

21. Unpaid wages are due and owing to Plaintiffs by Defendant.

22. Defendant's failure and refusal to comply with its obligations under the DCMWRA was willful and not in good faith.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant and in favor of Plaintiffs in an amount to be determined at trial, but not less

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

than $27,100.00, reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

## COUNT II
### (FLSA)

23. Plaintiffs adopt herein by reference paragraphs 1 through 18 above as if fully set forth herein.

24. Throughout the Employment Period, Defendant failed to compensate Plaintiffs at the rate of one and a half times the minimum hourly wage for all hours worked in excess of forty hours per week.

25. Defendant's actions complained of herein constitute a willful violation of Sections 206 and 207 of the FLSA.

26. Defendant's violation makes it liable to Plaintiffs for all unpaid wages and unpaid overtime compensation, and in addition equal amount as liquidated damages.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant and in favor of Plaintiffs in amount to be determined at trial, but not less than $27,100.00, which is two times the total wages and overtime compensation owed, reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

## COUNT III
### (Violation of the DC Wage Payment and Collection Law)

27. Plaintiffs adopt herein by reference paragraphs 1 through 18 above as if fully set forth herein.

28. The amounts owed to Plaintiffs by Defendant for unpaid straight time and overtime constitutes "wages" under the DCMWRA.

29. While employed by Defendant, Plaintiffs worked overtime hours that were not

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

properly compensated by Defendant as required by the DCMWRA.

30. Unpaid overtime wages and certain regular wages are due and owing to Plaintiffs by Defendant.

31. Defendant's failure and refusal to comply with its obligations under the DCMWRA was not due to any bona fide dispute, and was therefore willful and not in good faith.

WHEREFORE, Plaintiffs respectfully request this Honorable Court to enter judgment against Defendant and in favor of Plaintiffs in an amount to be determined at trial, but not less than $35,604.00, which is approximately two times the wages owed, and to grant to Plaintiffs their reasonable attorneys' fees and costs and such other and further relief as the Court deems just and proper.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By: _____/s/ *Mary Craine Lombardo*_____
Mary Craine Lombardo (DC Bar 495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – fax
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020